**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MILTON LEE MARTIN**                                                                   **PETITIONER**

**V.**                **NO. 1:07CV212-M-D**

**LEPHER JENKINS, et al.**             **RESPONDENT**

### ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

Petitioner, with the benefit of counsel, filed this matter pursuant to 28 U.S.C. § 2254. On December 17, 2008, Magistrate Judge Jerry A. Davis recommended that this matter be dismissed with prejudice. On January 12, 2009, Petitioner filed Objections to the Report and Recommendation. Consistent with claims asserted in the petition, the objections focus on virtually ever aspect of the Report and Recommendation. Each of his claims, however, were thoughtfully and thoroughly addressed in the Report and Recommendation.

Thus, the court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

(1) Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

(3) the claims are DISMISSED with prejudice; and

(4) this matter is CLOSED.

SO ORDERED, this the 20th day of January, 2009.

                                                  **/s/ MICHAEL P. MILLS**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **NORTHERN DISTRICT OF MISSISSIPPI**